Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 12 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
SEP 0 3 2008
CLERK'S OFFICE
DETROIT

IN RE: PACKAGED ICE ANTITRUST LITIGATION
Hamid Amini, etc. v. Reddy Ice Holdings, Inc., et al., )
N.D. California, C.A. No. 3:08-3562 )
08-13816 )

MDL No. 1952

### CONDITIONAL TRANSFER ORDER (CTO-3)

On June 5, 2008, the Panel transferred 25 civil actions to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2008). Since that time, 27 additional actions have been transferred to the Eastern District of Michigan. With the consent of that court, all such actions have been assigned to the Honorable Paul D. Borman.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Borman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of Michigan for the reasons stated in the order of June 5, 2008, and, with the consent of that court, assigned to the Honorable Paul D. Borman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

AUG 2 8 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the foregoing is a
true copy of the original on file in this
Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By_____
         Deputy